## MARY JOSEPH YAX *versus* PETER YAX

JOURNAL ENTRIES (1815–19): *Journal 2:* (1) Complaint filed, defendant ordered cited to appear *p. 490; (2) rule to plead *p. 500; (3) rule to plead enlarged *p. 503; (4) continued *p. 507; (5) settled out of court *p. 663.
PAPERS IN FILE: (1) Bill of complaint.
*Office Docket*, MS p. 42, c. [56].

## JOSEPH CAMPAU *versus* JOSEPH DESNOYER

JOURNAL ENTRIES (1815): *Journal 2:* (1) Motion for certiorari *p. 492; (2) record brought into court, certiorari dismissed, writ of error granted *p. 493.
PAPERS IN FILE: (1) Petition for certiorari; (2) writ of certiorari.

## RICHARD PATTINSON *versus* HENRY CONNOR AND JAMES CONNER

JOURNAL ENTRIES (1816–19): *Journal 2:* (1) Special bail *p. 501; (2) death suggested, proceedings stayed *p. 673.
PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) money bond.
*Office Docket*, MS p. 32, c. [78].